# IN THE SUPREME COURT OF THE STATE OF NEVADA

DALE ZUSI, AN INDIVIDUAL; VICKI DELATORRE, AN INDIVIDUAL; AND SYDNEY GORDON, AN INDIVIDUAL,

Appellants,

vs.

STEVE SISOLAK, IN HIS CAPACITY OF GOVERNOR OF THE STATE OF NEVADA; AND AARON FORD, IN HIS CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEVADA,

Respondents.

No. 77035

**FILED**

MAR 10 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joseph Hardy, Jr., District Judge
Gupta Wessler PLLC
Greenberg Traurig, LLP/Las Vegas
Attorney General/Las Vegas
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-09496